# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

UNITED STATES OF AMERICA,          )
                                   )    2:10-CR-546
              Plaintiff,           )
                                   )    ORDER FOR ISSUANCE OF
       vs.                         )    WRIT OF HABEAS CORPUS
                                   )    AD PROSEQUENDUM FOR
RUBEN SOLIS,                       )    RUBEN SOLIS
                                   )
              Defendant.           )
_____)

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **RUBEN SOLIS,** 1753490, before the United States Magistrate Judge at Las Vegas, Nevada, on or about

I/A & A/P Fri: 11/19/10
__ 3:00 PM RJJ  3D                     ____, for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: *11.9.10*

_____
UNITED STATES MAGISTRATE JUDGE

1  DANIEL G. BOGDEN
   United States Attorney
2  PHILLIP SMITH
   Assistant United States Attorney
3  333 Las Vegas Blvd., S., Suite 5000
   Las Vegas, Nevada 89101
4  (702) 388-6336

5

# UNITED STATES DISTRICT COURT
6
# DISTRICT OF NEVADA
7
## -oOo-
8

UNITED STATES OF AMERICA,               )          2:10-cr-546
9                                        )
         Plaintiff,                      )
10                                       )          PETITION FOR WRIT OF HABEAS
         vs.                             )          CORPUS AD PROSEQUENDUM FOR
11                                       )          RUBEN SOLIS
   RUBEN SOLIS,                          )
12                                       )
         Defendant.                      )
13 _____)

14       The petition of the United States Attorney for the District of Nevada respectfully

15 shows that **RUBEN SOLIS**, 1753490, is committed by due process of law in the custody of

16 the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has

17 consented to the temporary release of the said **RUBEN SOLIS**  pursuant to a Writ of

18 Habeas Corpus Ad Prosequendum  so that the said **RUBEN SOLIS** may be present before

19 the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on

   I/A & A/P Fri: 11/19/10
20 ___ 3:00 PM RJJ  3D              ___, for Initial Appearance and Arraignment and Plea, and any

21 further proceedings, and from time to time and day to day thereafter until excused by the

22 said Court.

23       That the presence of the said **RUBEN SOLIS** before the United States

                                I/A & A/P Fri: 11/19/10
24 Magistrate Judge on or about ___ 3:00 PM RJJ  3D              _____, and any further

25 proceedings and from time to time and day to day thereafter until excused by the Court has

26 been ordered by the United States Magistrate or District Judge for the District of Nevada.

1    WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

2 Prosequendum issue out of this Court, directed to the Warden, Clark County Detention

3 Center and to the United States Marshal for the District of Nevada, commanding them to

4 produce the said **RUBEN SOLIS** before the United States District Court on or about ____

5 I/A & A/P Fri: 11/19/10
      _____ 3:00 PM RJJ  3D              _____, and from time to time and day to day thereafter, at

6 such times and places as may be ordered and directed by the Court entitled above, to

7 appear before the Court, and when excused by the said Court, to be returned to the custody

8 of the Warden, Clark County Detention Center, Las Vegas, Nevada.

9            **DATED** this ___9th___ day of November 2010.

10                                              Respectfully submitted,

11                                              DANIEL G. BOGDEN
                                                United States Attorney
12

13

14   PHILLIP SMITH
     Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26